LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile   (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK D. GREEN, | Case No. C 06 1545 JCS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **HON. JOSEPH C. SPERO** |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, | |
| Defendant | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 26, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Susan Illston

VOLUNTARY DISMISSAL

PAGE 1